TEXAS MUNICIPAL POLICE ASSOCIATION, Plaintiff–Appellant

v.

David A. REISMAN, in his official capacity as Executive Director of the Texas Ethics Commission, Defendant–Appellee.

No. 09–50741
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

June 25, 2010.

Randall C. Doubrava, Texas Municipal Police Association, Austin, TX, for Plaintiff–Appellant.

Erika M. Kane, James Byron Eccles, Office of the Attorney General, Austin, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY, and OWEN, Circuit Judges.

PER CURIAM: *

This case is remanded to the district court for further proceedings to consider the Supreme Court's decision in *Citizens United v. Federal Election Commission,* ⸺ U.S. ⸺, 130 S.Ct. 876, ⸺ L.Ed.2d ⸺ (2010).

We do not retain jurisdiction.

REMANDED.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.